UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00034

**Kristina Marie Martinez,**
*Plaintiff,*
v.
**Commissioner, SSA,**
*Defendant.*

## ORDER

Plaintiff Kristina Marie Martinez filed this action pursuant to Section 205(g) of the Social Security Act, seeking judicial review of the defendant's denial of her application for Social Security benefits. Doc. 1. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On January 20, 2021, the magistrate judge issued a report recommending that the defendant's decision be reversed and that this case be remanded to the Commissioner of the Social Security Administration for further proceedings consistent with the opinion of the court. Doc. 18. Neither party has objected to the magistrate judge's report, and the allotted time to do so has passed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. The decision of the Commissioner is **reversed**, and this case is **remanded** to the Commissioner of the Social Security Administration for proceedings consistent with the court's opinion.

- 2 -

*So ordered by the court on February 8, 2021.*

J. CAMPBELL BARKER
United States District Judge